UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE ANTWAN HAYNES,

       Petitioner,

v.                                                      Case No. 13-10358
                                                        Hon. Lawrence P. Zatkoff

DAVID BERGH,

       Respondent.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING CERTIFICATE OF APPEALABILITY**

Petitioner, a State of Michigan prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus, challenging his convictions on several constitutional grounds [dkt. 1]. This matter is currently before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation [dkt. 14], wherein the Magistrate Judge recommends that this Court deny both (a) the Petition for Writ of Habeas Corpus and (b) a certificate of appealability. Petitioner timely filed objections to the Report and Recommendation [dkt. 15].

The Court has thoroughly reviewed the court file, the Report and Recommendation, and Petitioner's objections. The Court finds that the substance of all of Petitioner's objections is contained within Petitioner's application for the writ of habeas corpus and was comprehensively addressed by the Magistrate Judge's Report and Recommendation. As such, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's application for the writ of habeas corpus [dkt. 1] is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.  Judgment shall be entered accordingly.

IT IS SO ORDERED.


Date:  December 5, 2015                                         s/Lawrence P. Zatkoff
                                                                                     Hon. Lawrence P. Zatkoff
                                                                                     U.S. District Judge